IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 11-80568-CIV-WPD |
| ) | |
| LAWRENCE M. PYSER and ) | |
| THIRD FEDERAL SAVINGS & ) | |
| LOAN ) | |
| ) | |
| Defendants. ) | |

**SATISFACTION OF JUDGMENT**

The Consent Judgment (Doc. 38) dated December 9, 2011 in the above-entitled case has been satisfied. Consequently, the Clerk of the U.S. District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel that judgment of record.

Dated: January 24, 2012

    Respectfully submitted,

    JOHN A. DICICCO
    Principal Deputy Assistant Attorney General
    Tax Division

    /s/ Michelle Abroms Levin
    MICHELLE ABROMS LEVIN
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 14198
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 353-1758
    michelle.a.levin@usdoj.gov

    Of Counsel
    WIFREDO A. FERRER
    United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on January 24, 2012, service of the foregoing document has been submitted to the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

>Michelle N. Shupe-Abbas
>Weltman, Weinberg & Reis, Co., L.P.A.
>500 West Cypress Creek Road, Suite 190
>Fort Lauderdale, FL 33309
>*Attorney for Third Federal Savings & Loan Assoc. of Cleveland*

In addition, the foregoing was served upon the following by email and US Mail:

>Lawrence Pyser
>6984 Pisano Dr.
>Lake Worth, FL 33467

>/s/ Michelle Abroms Levin
>Trial Attorney, Tax Division
>U.S. Department of Justice